IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | Case No. 1:22-mc-00007-RDA-TCB |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY REGARDING MOTION TO QUASH SUBPOENA**

On March 21, 2022, Rodney Atherton filed a Motion for Extension of Time to Reply regarding Motion to Quash Subpoena.

Having reviewed the Motion, and the grounds set forth therein, the Court concludes that good cause exists to grant Rodney Atherton's request for an extension of time. Accordingly, the Motion for Extension is hereby **GRANTED**. Rodney Atherton may have up to and including Monday, April 25, 2022 to file his Reply in Support of Motion to Quash Subpoena.

ENTERED this 19th day of April, 2022.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE