IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | Case No. 1:22-mc-00007-RDA-TCB |

## NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS

PLEASE TAKE NOTICE that Rodney Atherton, by and through his counsel, Zachary H. Warder of Jackson Kelly PLLC, hereby withdraws his Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action which was filed on January 13, 2022.

Dated: April 21, 2022.

Respectfully submitted,

*/s/ Zachary H. Warder*
Zachary H. Warder (VSB # 93836)
Jackson Kelly PLLC
150 Clay Street
Morgantown, WV  26501
zachary.warder@jacksonkelly.com
304-284-4107
304-284-4140 (fax)
*Counsel for Interested Party Rodney Atherton*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Zachary H. Warder*
Zachary H. Warder (VSB # 93836)
Jackson Kelly PLLC
150 Clay Street
Morgantown, WV  26501
zachary.warder@jacksonkelly.com
304-284-4107
304-284-4140 (fax)
*Counsel for Interested Party Rodney Atherton*