UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-mc-7 (RDA/TCB) |

## ORDER

This matter comes before the Court on Rodney Atherton's ("Mr. Atherton") Notice of Withdrawal of Motion to Quash Subpoena to Produce Documents. (Dkt. 28.) Mr. Atherton states that he withdraws his Motion to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action which was filed on January 13, 2022. (Dkt. 1.) Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Quash (Dkt. 1) is **DENIED AS MOOT**.

ENTERED this 22nd day of April, 2022.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia